EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA  [X] EEOC | |

Florida Commission on Human Relations and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Timothy Shaulis | (813) 748-1211 | ▓▓▓ 1972 |

Street Address: 2021 N. Lemans Boulevard #6111
City, State and ZIP Code: Tampa, FL 33607

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Oracle America, Inc. | 1000+ | |

Street Address: 500 Oracle Parkway
City, State and ZIP Code: Redwood Shores, CA 94065

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Approx 11/1/16     Latest: 12/2/2016
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Statement of Harm:

I began my employment with the Respondent in or around 2004 as a Salesman. I was a top performer, excelled in my position and was promoted to Regional Sales Manager (M3) in or around 2011. I worked out of Oracle's Tampa, FL facility.

In mid-2016, I began to suffer from a serious medical condition. My supervisor, Tim Brown, was well-aware of my serious health condition and the manifestation of my health condition. In fact, Mr. Brown actively encouraged me to seek medical attention and leave for my serious health condition.

In or around early November 2016, my medical condition worsened. On or around November 9, 2016, I complained to my supervisor, Mr. Brown, that an individual Oracle "Platinum Partner" was having an affair with my wife and that I required medical leave to seek treatment for my serious health condition. Shortly thereafter, Mr. Brown informed me that he wished I had not complained about this issue. I was approved for FMLA leave and on or around November 15, 2016, I entered an in-patient healthcare treatment facility.

On December 2, 2016, while out on approved FLMA leave, Mr. Brown terminated me.

Respondent's reason for Adverse Action: I was told there were some "performance issues," though I was not disciplined for alleged "performance issues" until I disclosed my serious medical condition, sought leave, and complained about a Company partner having an affair with my wife.

EXHIBIT A

**Statement of Discrimination:** I believe I have been discriminated against because of (basis) in violation of (Statute)

I believe I was discriminated against because of my disability, record of disability, and/or because I was regarded as disabled, denied a reasonable accommodation, retaliated against for requesting leave and an accommodation to address my disability, and ultimately terminated in violation of Americans with Disabilities Act of 1990, as amended ("ADA"), and the Florida Civil Rights Act of 1992, as amended, Florida Statutes Chapter 760 (the "FCRA"). I also believe I was terminated in retaliation for making a good faith complaint of sexual discrimination/harassment by complaining that an Oracle Platinum Partner was having an affair with my wife, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the FCRA.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7-18-2017 / [signature]
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

7/12/17

R SANCHEZ
MY COMMISSION # FF193258
EXPIRES January 27, 2019
floridanotaryservice.com

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Timothy Shaulis  
2021 N. Lemans Blvd.  
#6111  
Tampa, FL 33607

From: Tampa Field Office  
501 East Polk Street  
Room 1000  
Tampa, FL 33602

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2017-02416 | Beverly Collins, Investigator | (813) 202-7917 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -  
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination In Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Evangeline Hawthorne_ (signature)

Evangeline Hawthorne, Director

MAR 0 2 2018  
(Date Mailed)

Enclosures(s)

cc: Human Resources Director  
ORACLE AMERICA, INC.  
500 Oracle Parkway  
Redwood City, CA 94065

Nicole M. Villa, Esq.  
JACKSON LEWIS PC  
100 S. Ashley Drive  
Suite 2200  
Tampa, FL 33602

Miguel Bouzas, Esq.  
FLORIN, GRAY, BOUZAS & OWENS, LLC  
16524 Pointe Village Dr.  
Suite 100  
Lutz, FL 33558



EXHIBIT B